**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**GREENEVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:22-CR-30 |
| v. | ) | |
| | ) | JUDGE CORKER/WYRICK |
| JOHNNY SHANE BROWN | ) | |
| | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about February 3, 2022, through on or about February 10, 2022, in the Eastern District of Tennessee, the defendant, JOHNNY SHANE BROWN, did knowingly escape from custody in the Sullivan County Sheriff's Office jail, a facility in which he was lawfully confined by direction of the United States Attorney General by virtue of an order of the United States District Court for the Eastern District of Tennessee, said custody being the result of his conviction for a felony offense in case 2:19-CR-151.

[18 U.S.C. § 751(a)]

TRUE BILL:

FOREPERSON

FRANCIS M. HAMILTON, III
UNITED STATES ATTORNEY

By: _____
B. TODD MARTIN
Assistant U.S. Attorney