UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **2:22-CR-30** |
| v. | ) | |
| | ) | |
| JOHNNY SHANE BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

At Defendant's initial appearance on **April 14, 2022**, Defendant and counsel conferred, after which Defendant's counsel announced that Defendant wished to waive a detention hearing without prejudice to requesting one subsequently. If Defendant later files a motion requesting a detention hearing, the hearing will be scheduled promptly.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge